UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-7388 JGB (MARx)** | Date | January 25, 2023 |
| Title | *Alexandra M. Arambula v. County of Los Angeles* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause re Failure to Prosecute (IN CHAMBERS)

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m).  Generally, a defendant must answer the complaint within 21 days after service (or 60 days if the defendant is the United States).  Fed R. Civ. Proc. 12(a)(1).

In the present case, it appears that one or more of these deadlines has not been met. Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing on or before **February 3, 2023**, why this action should not be dismissed as to the applicable defendants for failure to prosecute.  Pursuant to Federal Rule of Civil Procedure 78, the Court finds this matter appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the plaintiff is due.

**IT IS SO ORDERED.**